No. 86–71.  CTS CORP. *v.* DYNAMICS CORPORATION OF AMERICA; and

---

*See also note, p. 801.

No. 86–97. INDIANA *v.* DYNAMICS CORPORATION OF AMERICA. Appeals from C. A. 7th Cir. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 794 F. 2d 250.